IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:CR-07-064 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| NOE CORONADO (1) | : | (Electronically Filed) |
| MARIANO RENTERIA-IBARRA (2) | : | |
| JOHN WARD, (3) | : | |
| RAFAEL DOMINGUEZ (4) | : | |
| ALEXIS BISBARDIS-RIVERA, (5) | : | |
| JAIME DELEON (6) AND | : | |
| OSCAR BARRAZA (7) | : | |
| AKA ANTONIO CABAN-COLON | : | |

FILED
HARRISBURG, PA

MAR 20 2008

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

### ORDER

AND NOW, this 20th day of March, 2008, upon consideration of the Government's Unopposed Motion to Exclude Time Under the Speedy Trial Act and for the reasons set forth therein, the Motion is hereby **GRANTED**. Jury selection in this case is scheduled to begin on Monday, September 8, 2008 @ 9:30 am in Courtroom Number Two, Ninth Floor, United States Courthouse, 228 Walnut Street, Harrisburg, PA 17108.

The Court specifically finds under Title 18, United States Code, Section 3161(h)(8)(ii), that the case is so unusual and complex, due to the number of defendants and the nature of the prosecution that it is unreasonable to expect adequate preparation for the pretrial proceedings or for the trial itself within the time limits of the Speedy Trial rule.

The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
U.S. District Court Judge